UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | CRIMINAL NO. 2:14-CR-03-DBH |
| ) | |
| WALTER SCOTT FOX, III, ) | |
| ) | |
| DEFENDANT ) | |

## ORDER ON GOVERNMENT'S MOTION TO AMEND FINAL FORFEITURE ORDER AND ON DEFENDANT'S MOTION TO COMPEL COURT TO DROP FORFEITURE ORDER

The defendant's motion to compel court to drop forfeiture order is **DENIED**. The defendant Fox agreed to the forfeiture, and Cherish Burgess settled her claim with the government. The government's motion to enter amended final order of forfeiture is **GRANTED**.

**SO ORDERED.**

DATED THIS 10TH DAY OF NOVEMBER, 2014

/S/D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**