UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

Walter Scott Fox, III           )
Petitioner                      )      Crim No. 2:14-cr-00003-DBH-1
                                )
                                )      Appeal # 19-1785
                                )

PRO-SE MOTION

Walter Scott Fox, III appearing Pro-Se respectively submits a motion for Leave to Proceed "In Forma Pauperis" (IFP) pursuant to Fed. R. App. P. 24 attached is fully completed Form 4, Financial Affidavit. This motion is in response to attached letter from the United States Court of Appeals requesting the payment of filing fee to the Clerk of District Court in accordance with Fed. R. App. 3(e).

Respectively Submitted,                 Dated: October 2, 2019

*[signature]*

Walter Scott Fox, III Pro-Se
Fed Reg # 08504-036
Federal Prison Camp Edgefield
P.O. Box 725
Edgefield, S.C. 29824